**Dismissed and Opinion Filed November 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00840-CV

### IKE S. UGOKWE, Appellant
### V.
### SOCA FUNDING, LLC AS ASSIGNEE OF SOUTHWEST BANK, A STATE BANKING ASSOCIATION, Appellee

### On Appeal from the 192nd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-14-07138-K

## MEMORANDUM OPINION
Before Chief Justice Wright, Justice Lang-Miers, and Justice Stoddart
Opinion by Chief Justice Wright

The clerk's record in this case is overdue. By letter dated September 3, 2015, we informed appellant that the District Clerk had notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to file written verification that he had paid for or made arrangements to pay for the clerk's record or that he had been found entitled to proceed without payment of costs. We cautioned appellant that if he did not file the required documentation within ten days, we might dismiss the appeal without further notice. To date, appellant has not provided the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b).


150840F.P05

/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

IKE S. UGOKWE, Appellant

No. 05-15-00840-CV     V.

SOCA FUNDING, LLC AS ASSIGNEE OF
SOUTHWEST BANK, A STATE
BANKING ASSOCIATION, Appellee

On Appeal from the 192nd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-14-07138-K.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee SOCA FUNDING, LLC AS ASSIGNEE OF
SOUTHWEST BANK, A STATE BANKING ASSOCIATION recover its costs of this appeal
from appellant IKE S. UGOKWE.

Judgment entered November 24, 2015.